## BATEMAN *v.* THE WESTERN UNION TELEGRAPH CO.

*Atkinson, J.*—The charge of the court complained of in one of the grounds of the motion for a new trial, upon which a new trial was granted, was in conflict with the ruling of this court

in *Western Union Telegraph Company* v. *Georgia Cotton Co.,* 94 *Ga.* 444; and therefore the court was right in correcting its own error by setting aside the verdict.     *Judgment affirmed.*

July 29, 1895. By two Justices.

Action for penalty. Before Judge Ross. City court of Macon. December term, 1894.

*Harris & Harris,* for plaintiff.     *Gustin, Guerry & Hall* and *Dorsey, Brewster & Howell,* for defendant.